IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RONALD McCLARY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:19-CV-23 |
| | ) |
| FNU BULLOCK, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on January 6, 2020, was served on the parties. Docs. 40, 41. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendant Owen's motion to dismiss, Doc. 25, is **DENIED**. The plaintiff is advised that any future efforts to amend or supplement his claims against any defendant must be made by motion accompanied by a copy of a proposed amended complaint, stating in full all claims, as required by the Local Rules.

This the 6th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE